IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NATHAN HOGGARD                                                                                    PLAINTIFFS

v.                                          NO. 3:15cv00323 JM

JERRY WILLIAMS                                                                                    DEFENDANTS

### ORDER

The jury trial scheduled to begin May 1, 2017, is cancelled and this case is removed from the trial docket.

IT IS SO ORDERED this 7th day of April, 2017.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE