**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**NATHAN HOGGARD and JERRY WILLIAMS**             **PLAINTIFFS**

**v.**                          **NO. 3:15CV00323 JM**

**ARABI CATTLE COMPANY, Limited Liability Company;**
**ROGER PAGE, INDIVIDUALLY AND AS REGISTERED AGENT**
**AND AS MEMBER AND OWNER OF ARABI CATTLE COMPANY,**
**Limited Liability Company, and JIM FRANKLIN,**
**INDIVIDUALLY AND AS AN EMPLOYEE OF**
**ARABI CATTLE COMPANY, Limited Liability Company**       **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this date, it is CONSIDERED, ORDERED, and

ADJUDGED that all claims against the defendants are DISMISSED with prejudice.

DATED this 9th day of June, 2017.

_____
James M. Moody Jr.
United States District Judge